**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VALERIE ZELLE ROBINSON,** | : | |
| | : | |
| **Petitioner,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  18-1389** |
| | : | |
| **NANCY A. BERRYHILL,** | : | |
| | : | |
| **Respondent.** | : | |

### <u>ORDER</u>

     **AND NOW**, this _24th_ day of July, 2020, upon consideration of the Plaintiff's Request

for Review (Doc. 12) and the Defendant's Response thereto (Doc. 15), and the Report and

Recommendation of United States Magistrate Judge Jacob P. Hart (Doc. 18), **IT IS HEREBY**

**ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Claimant's Request for Review is **GRANTED IN PART and DENIED IN**
   **PART**; and

3. The matter shall be remanded to the Social Security Administration to obtain
   additional testimony from a vocational expert determining whether jobs exist
   which Robinson is capable of performing with only occasional reaching,
   handling, and fingering with the right upper extremity; and to consider the
   significance of this limitation to her status under the Medical Vocational
   Guidelines.

                                          **BY THE COURT:**

                                          **/s/ Petrese B. Tucker**

                                          _____

                                          **Hon. Petrese B. Tucker, U.S.D.J.**